UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

Joshua Leroy Moore             Case No. 22-50069
          Debtor(s),    /             Chapter 7
                                                  Hon. Maria L. Oxholm

Joshua Leroy Moore

                 Plaintiff(s),
v.                                           Adv. Proc. No. 23-04080

Nelnet, Inc. et al.

          Defendant(s),    /

## ORDER DISMISSING ADVERSARY PROCEEDING AS TO DEFENDANT NELNET, INC. ONLY

       The Plaintiff filed a complaint in the above captioned case on February 9, 2023. On February 17, 2023, an Order Regarding Improper Service of Summons and Complaint was entered directing the Plaintiff to correct the deficiency in the proof of service within seven (7) days from the date of the order. The Court is advised that the corrected documents have not been filed with the court. NOW THEREFORE,

       **IT IS ORDERED THAT** the complaint is dismissed, as to Defendant Nelnet, Inc. Only, without prejudice.

**Signed on February 27, 2023**

                                                        /s/ Maria L. Oxholm
                                                        **Maria L. Oxholm**
                                                        **United States Bankruptcy Judge**