UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Joshua Leroy Moore,　　　　　　　　　　Case No. 22-50069
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　Debtor.　　　　　　　　　　Hon. Maria L. Oxholm
_____/

Joshua Leroy Moore,　　　　　　　　　　　　　Adv. Pro. No. 23-04080

　　　　　　　　　　Plaintiff,
vs.

Nelnet, Inc.,
U.S. Department of Education,

　　　　　　　　　　Defendants.
_____/

## STIPULATION TO DISMISSAL OF ADVERSARY PROCEEDING AGAINST UNITED STATES DEPARTMENT OF EDUCATION, ONLY, <u>WITHOUT PREJUDICE</u>

The Plaintiff, Joshua Leroy Moore, and the Defendant, United States Department of Education, hereby stipulate to the following:

WHEREAS on February 9, 2023, Joshua Leroy Moore, ("Plaintiff"), commenced the above captioned adversary proceeding against United States Department of Education ("Defendant"), in the United States Bankruptcy Court for the Eastern District of Michigan, Southern Division; and

WHEREAS based upon information exchanged between Defendant and Plaintiff regarding Plaintiff's educational loans, Defendant requested that the Plaintiff dismiss the Adversary Proceeding as the United States Department of

Education does not currently hold student loans for the Plaintiff; and

WHEREAS to not burden this Court and Defendant with trial preparation, the Plaintiff and Defendant hereby stipulate to entry of the attached Order Dismissing the United States Department of Education ONLY from the adversary proceeding Without Prejudice.

DAWN N. ISON
United States Attorney

/s/Joshua Leroy Moore-With Consent
JOSHUA LEROY MOORE
Pro Se
4021 Old Dominion
West Bloomfield, MI 48323
Phone: (313) 412-1942
Email:Josh@ssjusticenow.com

Dated: March 2, 2023

/s/John Postulka
JOHN POSTULKA (P71881)
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Phone: (313) 226-9118
Email: John.Postulka2@usdoj.gov

Dated: March 2, 2023

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Joshua Leroy Moore,            Case No. 22-50069
                                                       Chapter 7
                Debtor.                Hon. Maria L. Oxholm
_____/

Joshua Leroy Moore,                 Adv. Pro. No. 23-04080

                    Plaintiff,
vs.

Nelnet, Inc.,
U.S. Department of Education,

                    Defendants.
_____/

## ORDER OF DISMISSAL AS TO
## THE UNITED STATES DEPARTMENT OF EDUCATION, ONLY,
## <u>WITHOUT PREJUDICE</u>

Joshua Leroy Moore ("Plaintiff"), and the United States Department of Education ("Defendant"), as parties to this action, having stipulated pursuant to Fed. R. Civ. P. 41 to dismissal of this action without prejudice, it is hereby ORDERED that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Fed. R. Bankr. P. 7041, Plaintiff's claims against the Defendant United States Department of Education in the Adversary Proceeding are dismissed without prejudice and without costs against any party.

Exhibit 1