# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

**ANJAL LIA BRACY**

**(XXX-XX-9569)**                                                Bankruptcy Case No. 22-40768

Chapter 13

Hon. Thomas J. Tucker

Address:       20429 Moross Rd.

Detroit, MI 48224

Debtor.

_____/

**ANJAL LIA BRACY**

**(XXX-XX-9569)**                                                Adversary No.: 23-04043

Plaintiff,                                                 Hon. Thomas J. Tucker

v.

**UNITED STATES DEPARTMENT OF EDUCATION,**

Defendant.

_____/

## STIPULATION FOR ORDER DISMISSING ADVERSARY PROCEEDING WITHOUT PREJUDICE

NOW COME the Debtors-Plaintiff, ANJAL LIA BRACY, by and through her undersigned counsel, and upon stipulation and consent of the Creditor-Defendant, United States Department of Education, by and through their undersigned counsel, hereby agree to dismiss without prejudice the adversary proceeding filed against the Creditor-Defendant on January 27, 2023.

                                                                                         DAWN N. ISON
                                                                                         United States Attorney

/s/ Charissa Potts                                     /s/ John Postulka

CHARISSA POTTS (P73247)                       JOHN POSTULKA (P71881)

Attorney for Plaintiff                                        Assistant United States Attorney

20882 Harper Avenue, Ste. 100                     211 W. Fort St., Ste. 2001

Harper Woods, MI 48235                                    Detroit, MI 48226

Phone: (313) 887-0807                                           Phone: (313) 226-9118

Email: info@freedomlawpc.com                    Email: John.postulka2@usdoj.gov

Dated: April 24, 2023                                          Dated: April 25, 2023

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

    **ANJAL LIA BRACY**

    **(XXX-XX-9569)**          Bankruptcy Case No. 22-40768

                                  Chapter 13

                                  Hon. Thomas J. Tucker

Address:     20429 Moross Rd.

                Detroit, MI 48224

    Debtor.

_____/

**ANJAL LIA BRACY**

**(XXX-XX-9569)**                                    Adversary No.: 23-04043

    Plaintiff,                                 Hon. Thomas J. Tucker

v.

**UNITED STATES DEPARTMENT OF EDUCATION,**

    Defendant.

_____/

## ORDER DISMISSING ADVERSARY WITHOUT PREJUDICE

This matter having come before the Court upon the Stipulation of the Debtor-Plaintiff and the Creditor-Defendant; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this adversary proceeding is dismissed without prejudice.